# EXHIBIT 5

# NOTICE OF OFFICE OF MANAGEMENT AND BUDGET ACTION

Date 08/06/2026

Department of Education
Office of Federal Student Aid

FOR CERTIFYING OFFICIAL: Ross Santy
FOR CLEARANCE OFFICER: Joanne Bogart

In accordance with the Paperwork Reduction Act, OMB has taken action on your request received 06/29/2026

ACTION REQUESTED: Revision of a currently approved collection
TYPE OF REVIEW REQUESTED: Regular
ICR REFERENCE NUMBER: 202604-1845-006
AGENCY ICR TRACKING NUMBER: ED-2026-SCC-1354
TITLE: Foreign Gifts and Contracts Disclosures
LIST OF INFORMATION COLLECTIONS: See next page

OMB ACTION: Approved without change
OMB CONTROL NUMBER: 1845-0172
The agency is required to display the OMB Control Number and inform respondents of its legal significance in accordance with 5 CFR 1320.5(b).

EXPIRATION DATE: 08/31/2029 DISCONTINUE DATE:

| BURDEN: | RESPONSES | HOURS | COSTS |
|---|---|---|---|
| Previous | 2,043 | 40,860 | 0 |
| New | 10,413 | 5,207 | 260,221 |
| Difference | | | |
| Change due to New Statute | 0 | 0 | 0 |
| Change due to Agency Discretion | 8,370 | -35,653 | 260,221 |
| Change due to Agency Adjustment | 0 | 0 | 0 |
| Change due to PRA Violation | 0 | 0 | 0 |

TERMS OF CLEARANCE:

OMB Authorizing Official: Dominic J. Mancini
Deputy Administrator,
Office Of Information And Regulatory Affairs

| List of ICs | | | |
|---|---|---|---|
| IC Title | Form No. | Form Name | CFR Citation |
| Foreign Gifts and Contracts Disclosures | N/A | N/A | |
| Foreign Gifts and Contracts Disclosures | N/A | N/A | |
| Foreign Gifts and Contracts Disclosures | N/A | N/A | |