# EXHIBIT 12

**SUPPORTING STATEMENT**
**FOR PAPERWORK REDUCTION ACT SUBMISSION**
Foreign Gifts and Contracts Disclosures

1. **Explain the circumstances that make the collection of information necessary. What is the purpose for this information collection? Identify any legal or administrative requirements that necessitate the collection. Include a citation that authorizes the collection of information. Specify the review type of the collection (new, revision, extension, reinstatement with change, reinstatement without change). If revised, briefly specify the changes. If a rulemaking is involved, list the sections with a brief description of the information collection requirement, and/or changes to sections, if applicable.**

Federal Student Aid (FSA) is requesting a new information collection to collect the required information from institutions regarding foreign gifts and contracts as specified in the Higher Education Act of 1965 (HEA), as amended.

Section 117 of the HEA, codified at 20 U.S.C. § 1011f, provides that institutions of higher education must file a disclosure report with the Secretary of Education on January 31 or July 31, whichever is sooner, under the following circumstances:

- Whenever any institution is owned or controlled by a foreign source, or
- Whenever any institution receives a gift from or enters into a contract with a foreign source, the value of which is $250,000 or more, considered alone or in combination with all other gifts from or contracts with that foreign source within a calendar year. (see https://www.govinfo.gov/content/pkg/USCODE-2017-title20/pdf/USCODE-2017-title20-chap28-subchapI-partB-sec1011f.pdf).

In June of 2020, the U.S. Department of Education (ED or Department) established a collection of information, Foreign Gifts and Contracts Disclosures, 1801-0006, through ED's Partner Enterprise Business Collaboration (PEBC) system. That collection is under an OMB control number for ED's Office of the General Counsel (OGC), which has worked closely with FSA in recent years with respect to administration of Section 117. The PEBC collection provides for collection of the data elements that ED believes are necessary to ensure institutions provide Congressionally-mandated transparency with respect to covered gifts from and contracts with foreign sources. Through that collection the public has had ready and meaningful access to this information, and the Secretary has received more detailed information about covered gifts or contracts involving foreign sources, or about ownership or control of institutions by foreign sources, and has been better able to determine whether it appears an institution has failed to comply with the requirements of 20 U.S.C. § 1011f.

With this request for a new collection, the Department would be returning the collection of this information to FSA, which is the office with primary responsibility for the administration of Section 117 within the Department going forward. At present, the

Department plans to continue to collect this data through its PEBC system, with only slight modifications based on public comments.

2. **Indicate how, by whom, and for what purpose the information is to be used. Except for a new collection, indicate the actual use the agency has made of the information received from the current collection.**

The plain language and Congressional purpose of Section 117 require institutions subject to this information request to disclose fully foreign money provided to them the value of which is $250,000 or more, considered alone or in combination with all other gifts from or contracts with that foreign source within a calendar year. The statute requires the disclosure reports to be made readily available to the public. Also, the Department uses this information to inform its enforcement work under 20 U.S.C. § 1011f.

3. **Describe whether, and to what extent, the collection of information involves the use of automated, electronic, mechanical, or other technological collection techniques or forms of information technology, e.g. permitting electronic submission of responses, and the basis for the decision of adopting this means of collection. Please identify systems or websites used to electronically collect this information. Also describe any consideration given to using technology to reduce burden. If there is an increase or decrease in burden related to using technology (e.g. using an electronic form, system or website from paper), please explain in number 12.**

The collection instrument will continue to be available on the existing reporting portal in the PEBC system which is maintained by FSA and which was developed specifically to facilitate the electronic submission of Section 117 information by institutions. We chose this means of collection, in part, to minimize the burden on institutions. The Department is aware that institutions have identified certain limitations and challenges with respect to their experience with the current reporting portal. The Department has been evaluating its ability to make improvements within the ecosystem of its current reporting portal as well as other ways to address some of the technical feedback received from institutions. The Department is proposing slight modifications to the current process and reporting system based on public comment.

4. **Describe efforts to identify duplication. Show specifically why any similar information already available cannot be used or modified for use for the purposes described in Item 2 above.**

This request transfers the collection currently performed under 1801-0006 to FSA. The information in this collection is not duplicative of information in any other Department system. Section 10339B of the Research and Development, Competition, and Innovation Act, Division B of P.L. 117-167 (commonly known as the CHIPS and Science Act of 2022), recently imposed a requirement that the Director of the National Science Foundation (NSF) request certain disclosures from institutions of higher education of

the current financial support received from a foreign source associated with a foreign country of concern. The Department is aware of this NSF requirement, which appears to seek similar information to the proposed information collection, and the potential for duplication from the perspective of an institution of higher education.

5. **If the collection of information impacts small businesses or other small entities, describe any methods used to minimize burden. A small entity may be (1) a small business which is deemed to be one that is independently owned and operated and that is not dominant in its field of operation; (2) a small organization that is any not-for-profit enterprise that is independently owned and operated and is not dominant in its field; or (3) a small government jurisdiction, which is a government of a city, county, town, township, school district, or special district with a population of less than 50,000.**

   This information collection does not significantly impact small businesses or other small entities.

6. **Describe the consequences to Federal program or policy activities if the collection is not conducted or is conducted less frequently, as well as any technical or legal obstacles to reducing burden.**

   If the collection is not conducted or is conducted less frequently, then the Department will be in violation of its statutory duties, it will be unable to provide public transparency as required by Congress, and it will not be able to enforce the provisions of 20 U.S.C. § 1011f.

7. **Explain any special circumstances that would cause an information collection to be conducted in a manner:**
   - **requiring respondents to report information to the agency more often than quarterly;**
   - **requiring respondents to prepare a written response to a collection of information in fewer than 30 days after receipt of it;**
   - **requiring respondents to submit more than an original and two copies of any document;**
   - **requiring respondents to retain records, other than health, medical, government contract, grant-in-aid, or tax records for more than three years;**
   - **in connection with a statistical survey, that is not designed to produce valid and reliable results than can be generalized to the universe of study;**
   - **requiring the use of a statistical data classification that has not been reviewed and approved by OMB;**
   - **that includes a pledge of confidentiality that is not supported by authority established in statute or regulation, that is not supported by disclosure and data security policies that are consistent with the pledge, or that unnecessarily impedes sharing of data with other agencies for compatible confidential use; or**

- **requiring respondents to submit proprietary trade secrets, or other confidential information unless the agency can demonstrate that it has instituted procedures to protect the information's confidentiality to the extent permitted by law.**

This collection of information does not meet any of the special circumstances described above.

**8. As applicable, state that the Department has published the 60 and 30 Federal Register notices as required by 5 CFR 1320.8(d), soliciting comments on the information collection prior to submission to OMB.**

**Include a citation for the 60 day comment period (e.g. Vol. 84 FR ##### and the date of publication). Summarize public comments received in response to the 60 day notice and describe actions taken by the agency in response to these comments. Specifically address comments received on cost and hour burden. If only non-substantive comments are provided, please provide a statement to that effect and that it did not relate or warrant any changes to this information collection request. In your comments, please also indicate the number of public comments received.**

**For the 30 day notice, indicate that a notice will be published.**
**Describe efforts to consult with persons outside the agency to obtain their views on the availability of data, frequency of collection, the clarity of instruction and record keeping, disclosure, or reporting format (if any), and on the data elements to be recorded, disclosed, or reported.**

**Consultation with representatives of those from whom information is to be obtained or those who must compile records should occur at least once every 3 years – even if the collection of information activity is the same as in prior periods. There may be circumstances that may preclude consultation in a specific situation. These circumstances should be explained.**

On December 27, 2022, a Federal Register Notice (Vol. 87, No. 247, page 79292-79293) was published inviting public comment on the information collection. The comment period expired February 27, 2023 and 9 comments were received. There have been changes to the process, form and burden based on these comments. See the attached document and updated form.

The Department is now requesting a 30-day public comment period to solicit comments on the current burden assigned to this regulation.

**9. Explain any decision to provide any payment or gift to respondents, other than remuneration of contractors or grantees with meaningful justification.**

There are no payments or gifts to respondents.

**10. Describe any assurance of confidentiality provided to respondents and the basis for the assurance in statute, regulation, or agency policy. If personally identifiable information (PII) is being collected, a Privacy Act statement should be included on the instrument. Please provide a citation for the Systems of Record Notice and the date a Privacy Impact Assessment was completed as indicated on the IC Data Form. A confidentiality statement with a legal citation that authorizes the pledge of confidentiality should be provided.[1] If the collection is subject to the Privacy Act, the Privacy Act statement is deemed sufficient with respect to confidentiality. If there is no expectation of confidentiality, simply state that the Department makes no pledge about the confidentiality of the data. If no PII will be collected, state that no assurance of confidentiality is provided to respondents. If the Paperwork Burden Statement is not included physically on a form, you may include it here. Please ensure that your response per respondent matches the estimate provided in number 12.**

The Department will not make the names and addresses provided through this information collection request part of the publicly available disclosure report, except as required by law. Additionally, the Department is required to withhold confidential business and financial information requested under the Freedom of Information Act pursuant to 5 U.S.C. § 552(b)(4) and 34 C.F.R. § 5.11. We will strictly adhere to this requirement.

**11. Provide additional justification for any questions of a sensitive nature, such as sexual behavior and attitudes, religious beliefs, and other matters that are commonly considered private. The justification should include the reasons why the agency considers the questions necessary, the specific uses to be made of the information, the explanation to be given to persons from whom the information is requested, and any steps to be taken to obtain their consent.**

The form does not require information of a sensitive nature as noted above.

**12. Provide estimates of the hour burden for this current information collection request. The statement should:**

- **Provide an explanation of how the burden was estimated, including identification of burden type: recordkeeping, reporting or third party disclosure. Address changes in burden due to the use of technology (if applicable). Generally, estimates should not include burden hours for customary and usual business practices.**

---

[1] Requests for this information are in accordance with the following ED and OMB policies: Privacy Act of 1974, OMB Circular A-108 – Privacy Act Implementation – Guidelines and Responsibilities, OMB Circular A-130 Appendix I – Federal Agency Responsibilities for Maintaining Records About Individuals, OMB M-03-22 – OMB Guidance for Implementing the Privacy Provisions of the E-Government Act of 2002, OMB M-06-15 – Safeguarding Personally Identifiable Information, OM:6-104 – Privacy Act of 1974 (Collection, Use and Protection of Personally Identifiable Information)

- **Please do not include increases in burden and respondents numerically in this table. Explain these changes in number 15.**
- **Indicate the number of respondents by affected public type (federal government, individuals or households, private sector – businesses or other for-profit, private sector – not-for-profit institutions, farms, state, local or tribal governments), frequency of response, annual hour burden. Unless directed to do so, agencies should not conduct special surveys to obtain information on which to base hour burden estimates. Consultation with a sample (fewer than 10) of potential respondents is desirable.**
- **If this request for approval covers more than one form, provide separate hour burden estimates for each form and aggregate the hour burden in the table below.**
- **Provide estimates of annualized cost to respondents of the hour burdens for collections of information, identifying and using appropriate wage rate categories. Use this site to research the appropriate wage rate. The cost of contracting out or paying outside parties for information collection activities should not be included here. Instead, this cost should be included in Item 14. If there is no cost to respondents, indicate by entering 0 in the chart below and/or provide a statement.**

Since implementation of the new collection of information in 2020 (Foreign Gifts and Contracts Disclosures, 1801-0006), we have identified changes in the likely burden to institutions with respect to reporting the required data based on the efficiencies in completion of the report that have occurred based on ongoing experience with the data collection system.

Based on these efficiencies and the time institutions are spending in the PEBC system, and being persuaded through public comment to increase the per reporting burden, we believe a reasonable assignment of time for an institution to use the data collection system to process a submission is twenty (20) hours per report. This includes the time necessary to gather the information for the report as well as the time necessary to enter and submit the information into the data collection system.

Based on the data submitted between March 3-October 17, 2022, 227 institutions submitted information on 2,026 transactions of $250,000 or more. This results in an average of 9 transactions per institution (rounded up), for a total annual burden of 40,860 hours (227 institutions x 9 reports x 20 hours per report).

**Estimated Annual Burden and Respondent Costs Table**

| Information Activity or IC (with type of respondent) | Number of Respondents | Responses /Year | Hours per Response | Total Annual Burden Hours | Estimated Respondent Average Hourly Wage | Total Annual Costs (hourly wage x total burden hours) |
|---|---|---|---|---|---|---|
| Individual | 0 | 0 | 0 | 0 | 0 | 0 |
| For-Profit Institutions | 3 | 3x9=27 | 20 | 540 | $46.59 | $25,158.60 |
| Private Institutions | 88 | 88x9=792 | 20 | 15,840 | $46.59 | $737,985.60 |
| Public Institutions | 136 | 136x9= 1,224 | 20 | 24,480 | $46.59 | $1,140,523.20 |
| Annualized Totals | 227 | 2,043 | | 40,860 | | $1,903,667.40 |

The monetized net cost of the increased burden for institutions was calculated using wage data developed using Bureau of Labor Statistics (BLS) data. For institutions we have used the median hourly wage for Education Administrators, Postsecondary, $46.59 per hour, according to BLS as of May 2021. https://www.bls.gov/oes/current/oes119033.htm.

***Please ensure the annual total burden, respondents and response match those entered in IC Data Parts 1 and 2, and the response per respondent matches the Paperwork Burden Statement that must be included on all forms.***

**13. Provide an estimate of the total annual cost burden to respondents or record keepers resulting from the collection of information. (Do not include the cost of any hour burden shown in Items 12 and 14.)**

- **The cost estimate should be split into two components: (a) a total capital and start-up cost component (annualized over its expected useful life); and (b) a total operation and maintenance and purchase of services component. The estimates should take into account costs associated with generating, maintaining, and disclosing or providing the information. Include descriptions of methods used to estimate major cost factors including system and technology acquisition, expected useful life of capital equipment, the discount rate(s), and the time period over which costs will be incurred. Capital and start-up costs include, among other items, preparations for collecting information such as purchasing computers and software; monitoring, sampling, drilling and testing equipment; and acquiring and maintaining record storage facilities.**
- **If cost estimates are expected to vary widely, agencies should present ranges of cost burdens and explain the reasons for the variance. The cost of contracting out information collection services should be a part of this cost burden estimate. In developing cost burden estimates, agencies may consult with a sample of respondents (fewer than 10), utilize the 60-day pre-OMB submission public comment process and use existing economic or regulatory impact analysis**

**associated with the rulemaking containing the information collection, as appropriate.**

- **Generally, estimates should not include purchases of equipment or services, or portions thereof, made: (1) prior to October 1, 1995, (2) to achieve regulatory compliance with requirements not associated with the information collection, (3) for reasons other than to provide information or keep records for the government or (4) as part of customary and usual business or private practices. Also, these estimates should not include the hourly costs (i.e., the monetization of the hours) captured above in Item 12.**

**Total Annualized Capital/Startup Cost :**
**Total Annual Costs (O&M) :____________________**
**Total Annualized Costs Requested :**

There is no cost burden to respondents or record-keepers resulting from the information collection other than shown in items 12 and 14.

**14. Provide estimates of annualized cost to the Federal government. Also, provide a description of the method used to estimate cost, which should include quantification of hours, operational expenses (such as equipment, overhead, printing, and support staff), and any other expense that would not have been incurred without this collection of information. Agencies also may aggregate cost estimates from Items 12, 13, and 14 in a single table.**

The total government expense for capital and start-up costs for this Information Collection is $0. The web portal and public-facing website have already been created and are in use.

REVIEWERS COSTS: Identifies the amount of time for a reviewer to examine the information submitted through the disclosure. This information is then reported out to the appropriate officials.

| Number of Disclosures Submitted Annually | Hours Required for ED Review | Total Hours | Average Hourly Wage | Estimated total cost to the Federal government |
|---|---|---|---|---|
| 2,043 | 2 | 4,086 | $58 | $236,988 |

The "Average Hourly Wage" is based on a GS13, Step 5 employee in the Washington, D.C. locality.

**15. Explain the reasons for any program changes or adjustments. Generally, adjustments in burden result from re-estimating burden and/or from economic phenomenon outside of an agency's control (e.g., correcting a burden estimate or an organic increase in the size of the reporting universe). Program changes result from**

**a deliberate action that materially changes a collection of information and generally are result of new statute or an agency action (e.g., changing a form, revising regulations, redefining the respondent universe, etc.). Burden changes should be disaggregated by type of change (i.e., adjustment, program change due to new statute, and/or program change due to agency discretion), type of collection (new, revision, extension, reinstatement with change, reinstatement without change) and include totals for changes in burden hours, responses and costs (if applicable).**

**Provide a descriptive narrative for the reasons of any change in addition to completing the table with the burden hour change(s) here.**

| | Program Change Due to New Statute | Program Change Due to Agency Discretion | Change Due to Adjustment in Agency Estimate |
|---|---|---|---|
| **Total Burden** | | 40,860 | |
| **Total Responses** | | 2,043 | |
| **Total Costs (if applicable)** | | | |

This is an existing collection process that is being transferred to FSA from OGC to facilitate compliance with Section 117 of the HEA. This is a new information collection for FSA. There is an estimated annual burden of 40,860 hours for 227 institutions based on 2,043 responses at 20 hours per response for a total cost of $ 1,903,667.40.

16. **For collections of information whose results will be published, outline plans for tabulation and publication. Address any complex analytical techniques that will be used. Provide the time schedule for the entire project, including beginning and ending dates of the collection of information, completion of report, publication dates, and other actions.**

The results of this information collection are published in the form it is received, with certain limited exceptions, at College Foreign Gift Reporting (ed.gov).

17. **If seeking approval to not display the expiration date for OMB approval of the information collection, explain the reasons that display would be inappropriate.**

The Department is not seeking this approval.

18. **Explain each exception to the certification statement identified in the Certification of Paperwork Reduction Act.**

The Department is not requesting any exceptions to the "Certification for Paperwork Reduction Act Submissions".