# EXHIBIT 17

Outlook

**RE: Section 117/planned publication**

**From** Al-Shareffi, Esam K (CIV) <Esam.K.Al-Shareffi@usdoj.gov>
**Date** Wed 9/30/2026 8:49 PM
**To** Harrison, Lindsay C. <LHarrison@jenner.com>; Henthorne, Betsy <BHenthorne@Jenner.com>
**Cc** Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; Haas, Alex (CIV) <Alex.Haas@usdoj.gov>

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

Good evening Lindsay,

The agencies do not agree to your request to postpone publication until October 9.

Best regards,
Esam

**Esam Al-Shareffi**
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch
(845) 536-4560 | esam.k.al-shareffi@usdoj.gov

---

**From:** Harrison, Lindsay C. <LHarrison@jenner.com>
**Sent:** Wednesday, September 30, 2026 4:47 PM
**To:** Al-Shareffi, Esam K (CIV) <Esam.K.Al-Shareffi@usdoj.gov>; Henthorne, Betsy <BHenthorne@Jenner.com>
**Cc:** Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; Haas, Alex (CIV) <Alex.Haas@usdoj.gov>
**Subject:** [EXTERNAL] RE: Section 117/planned publication

Thank you, Esam. Please let us know by 9 pm tonight or else we will need to seek emergency relief.

Best regards,
Lindsay

---

**From:** Al-Shareffi, Esam K (CIV) <Esam.K.Al-Shareffi@usdoj.gov>
**Sent:** Wednesday, September 30, 2026 4:21 PM
**To:** Harrison, Lindsay C. <LHarrison@jenner.com>; Henthorne, Betsy <BHenthorne@Jenner.com>
**Cc:** Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; Haas, Alex (CIV) <Alex.Haas@usdoj.gov>
**Subject:** RE: Section 117/planned publication

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe
Good afternoon Lindsay,

The agencies are considering your request to further delay publication until October 9. We will reach out as soon as we can.

Best regards,
Esam

**Esam Al-Shareffi**
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch
(845) 536-4560 | esam.k.al-shareffi@usdoj.gov

---

**From:** Harrison, Lindsay C. <LHarrison@jenner.com>
**Sent:** Wednesday, September 30, 2026 4:03 PM
**To:** Henthorne, Betsy <BHenthorne@Jenner.com>; Al-Shareffi, Esam K (CIV) <Esam.K.Al-Shareffi@usdoj.gov>; Bennett, Michelle (CIV) <Michelle.Bennett@usdoj.gov>; Haas, Alex (CIV) <Alex.Haas@usdoj.gov>
**Subject:** [EXTERNAL] RE: Section 117/planned publication

Hi all,

I am following up on Betsy's message below. Can you please let us know if the agencies will agree to postpone publication until October 9?

Thank you,
Lindsay

---

**From:** Henthorne, Betsy <BHenthorne@Jenner.com>
**Sent:** Tuesday, September 29, 2026 8:47 PM
**To:** Al-Shareffi, Esam K (CIV) <esam.k.al-shareffi@usdoj.gov>; Bennett, Michelle (CIV) <michelle.bennett@usdoj.gov>; Haas, Alex (CIV) <alex.haas@usdoj.gov>
**Cc:** Harrison, Lindsay C. <LHarrison@jenner.com>
**Subject:** Section 117/planned publication

Hi all,

We understand the Departments of State and Education are preparing to publish the names of all foreign sources submitted by institutions as part of their past Section 117 reporting as early as this Friday, October 2. In light of our inability to reach an agreement, the Association of American Universities (AAU) is preparing to file suit to challenge the planned publication.

In order to permit a court to evaluate the case and rule in an orderly fashion, would the agencies be amenable to pushing out the planned publication date to October 9, 2026? As you know, the publication date has been delayed multiple times since July, so our expectation is that an additional week would not make a substantive difference.

Thank you,
Betsy

---

**Betsy Henthorne**

**Jenner & Block LLP**
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412 | jenner.com
+1 202 637 6367 | Tel
+1 202 424 9313 | Mobile

Pronouns : She / Her
BHenthorne@Jenner.com
Download V-Card | View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system