# EXHIBIT A

An official website of the United States government Here's how you know



# Section 117 Data Downloads

**Update on October 2, 2026: On Oct. 1, 2026, the Association of American Universities (AAU) filed a motion for a Temporary Restraining Order to block the Department's transparency efforts which would have included certain foreign counterparty identities in the data available for public inspection on the website. The Department had planned to include only non-natural person foreign counterparty entities in the publication, consistent with the Department's disclosure of 92 such entities (not persons) on July 15, 2026. The identities of individual foreign donors to universities were not going to be made available for public inspection. The Department is complying with applicable court orders.**

The spreadsheets provided below reflect foreign gifts and contracts that institutions of higher education reported to the U.S. Department of Education. In accordance with paragraphs (b) and (e) of section 117 of the Higher Education Act of 1965, as amended (HEA), certain foreign gift and contract information reported to the Department constitute public records.

Some of the gifts and contracts data were reported to the Department by institutions prior to June 22, 2020, through a legacy reporting system. Starting June 22, 2020, the Department expanded its Section 117 information collection and institutions were required to report their Section 117 data through an updated reporting portal.

Some of these funds were received by institutions of higher education before the foreign entity appeared on a U.S. Government List. Our data does not distinguish between those funds received before and after the foreign entity appeared on a U.S. Government List.

**Note:** All data, new and historic, is self-reported by institutions.

## Available Data Files

**Section 117 Entity of Concern Data - February 23, 2026** ↓

**Section 117 Data - September 30, 2026** ↓

**Section 117 Data - August 31, 2026** ↓

**Section 117 Data - July 31, 2026** ↓

**Section 117 Data - February 23, 2026** ↓

**Section 117 Data - December 16, 2025** ↓

**Section 117 Data - February 28, 2025** ↓

**Section 117 Data - October 15, 2024** ↓

**Section 117 Data - February 13, 2024** ↓

**Section 117 Data - October 13, 2023** ↓

**Section 117 Data - April 6, 2023** ↓

**Section 117 Data - October 17, 2022** ↓

**Section 117 Data - March 3, 2022** ↓

**Section 117 Data - October 5, 2021** ↓

**Section 117 Data - June 1, 2021** ↓

**Section 117 Data - September 23, 2020** ↓

## Accessibility Notice

The Department of Education strives to make all content accessible to everyone. While these documents do not currently meet the standards of Section 508 of the Rehabilitation Act of 1973, as amended, Federal Student Aid is working to create accessible versions. If you need access to these documents before the accessible versions are available, please contact the Information Technology Accessibility Program Help Desk at ITAPSupport@ed.gov.