**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION, *et al*.,<br><br>*Defendants*. | Case No. 26-cv-3438 (TSC) |

**JOINT SCHEDULING MOTION FOR SUMMARY JUDGMENT**

The parties jointly move the Court to enter the proposed scheduling order set forth below to govern the parties' summary judgment briefing. In support of the motion, the parties state as follows:

1. The Court granted Plaintiff's Emergency Motion for Temporary Restraining Order on October 1, 2026. ECF No. 12. That TRO expires on October 29, 2026.

2. The parties then completed briefing on Plaintiff's Motion for a Preliminary Injunction and Stay of Agency Action, ECF Nos. 21 & 25, and this Court held a hearing on that Motion on October 21, 2026. A decision is forthcoming.

3. The parties have conferred and have agreed to an expedited briefing schedule for summary judgment to allow this Court to resolve the case prior to the upcoming Section 117 disclosure reports deadline of January 31, 2027. *See* 20 U.S.C. § 1011f(a).

4. Accordingly, the parties jointly propose the following briefing schedule, recognizing this Court may wish to add an argument date to the schedule as well:

| | |
|---|---|
| Defendants Produce Administrative Records | **November 3, 2026** |
| Plaintiff's Motion for Summary Judgment | **November 20, 2026** |
| Defendants' Opposition to Plaintiff's Motion; any Cross-Motion for Summary Judgment; any Motion to Dismiss | **December 10, 2026** |
| Plaintiff's Reply in support of Motion for Summary Judgment and Opposition to any Cross-Motion for Summary Judgment or Motion to Dismiss | **December 23, 2026** |
| Defendants' Reply in support of any Cross-Motion for Summary Judgment or Motion to Dismiss | **January 6, 2027** |

For the Court's convenience, the parties submit herewith a proposed Order reflecting the above deadlines.

Respectfully submitted this October 26, 2026

BRETT A. SHUMATE
*Assistant Attorney General*

MICHELLE RENEE BENNETT
*Assistant Branch Director*

*/s/ Esam K. Al-Shareffi*
ESAM K. AL-SHAREFFI
DC Bar No. 90010174
*Trial Attorney*
WILLIAM I. FRIEDMAN
NY Bar No. 4039509
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Defendants*

*/s/ Lindsay C. Harrison*
Lindsay C. Harrison (D.C. Bar No. 977407)
Ishan K. Bhabha (D.C. Bar No. 1015673)
Elizabeth Henthorne (D.C. Bar No. 1562688)
Michael J. Vernick (D.C. Bar No. 461811)
Amanda Shafer Berman (D.C. Bar No. 31597)
Anjali Motgi (D.C. Bar No. 90035091)
Kara V. Brandeisky (D.C. Bar No. 90020421)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000
lharrison@jenner.com
ibhabha@jenner.com
bhenthorne@jenner.com
mvernick@jenner.com
aberman@jenner.com
amotgi@jenner.com
kbrandeisky@jenner.com

Andrianna D. Kastanek
JENNER & BLOCK LLP

353 North Clark Street
Chicago, IL 60654
(312) 222-9350
akastanek@jenner.com

Jeremy Feigenbaum
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 891-1600
jfeigenbaum@jenner.com

*Counsel for Plaintiff Association of American Universities*

**CERTIFICATE OF SERVICE**

I, Lindsay Harrison, hereby certify that a copy of the foregoing was served electronically by the Court CM/ECF system on October 26, 2026, upon all counsel of record.

By: /s/ *Lindsay C. Harrison*

Lindsay C. Harrison