**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Association of American Universities,<br>*Plaintiff*,<br>v.<br>U.S. Department of Education *et al.*,<br>*Defendants*. | Case No. 1:26-cv-3438-TSC |

**NOTICE OF FILING OF**
**CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD**

Defendants in the above-captioned action file this notice of the filing of a certified list of the contents of the administrative record pursuant to Local Rule 7(n). A certification of the administrative record and its index accompany this filing. Defendants have produced the full contents of the administrative record to counsel for Plaintiffs.

Dated: November 3, 2026

Respectfully submitted,

BRETT A. SHUMATE
*Assistant Attorney General*

MICHELLE RENEE BENNETT
*Assistant Branch Director*

/s/ *Esam K. Al-Shareffi*
ESAM K. AL-SHAREFFI
DC Bar No. 90010174
*Trial Attorney*
WILLIAM I. FRIEDMAN
NY Bar No. 4039509
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 598-7367
E-mail: esam.k.al-shareffi@usdoj.gov

*Counsel for Defendants*