**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Association of American Universities,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. Department of Education *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-3438-TSC |

**U.S. DEPARTMENT OF EDUCATION'S CERTIFICATION OF THE ADMINISTRATIVE RECORD**

I, Paul R. Moore, Deputy General Counsel and Chief Investigative Counsel, on personal knowledge and information provided to me in my official capacity, hereby certify to the best of my knowledge and belief that the attached Administrative Record is a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered in connection with the agency's decisions that are at issue in the above-captioned matter. For purposes of convenience and efficiency, the Department also provides the attached index which lists the documents contained in the Administrative Record.

I hereby certify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 3rd day of November 2026, in Washington, D.C.

/s/ *Paul R. Moore*
PAUL R. MOORE