| Bates Range Beg | Bates Range End | Document | Date | Pages |
|---|---|---|---|---|
| ED-0001 | ED-0002 | Federal Register Notice of April 15, 2026 | 4/15/2026 | 2 |
| ED-0003 | ED-0011 | Information Collection Form - Foreign Gifts and Contracts Disclosures - Tracked Changes Version | 4/15/2026 | 9 |
| ED-0012 | ED-0020 | Information Collection Form - Foreign Gifts and Contracts Disclosures - Clean Version | 4/15/2026 | 9 |
| ED-0021 | ED-0030 | Foreign Gifts and Contracts Disclosures - Supporting Statement | 4/15/2026 | 10 |
| ED-0031 | ED-0035 | CCCU Public Submission & Letter | 6/5/2026 | 5 |
| ED-0036 | ED-0044 | AAU Public Submission & Letter | 6/10/2026 | 9 |
| ED-0045 | ED-0051 | ACE Public Submission & Letter | 6/15/2026 | 7 |
| ED-0052 | ED-0057 | CASE Public Submission & Letter | 6/15/2026 | 6 |
| ED-0058 | ED-0059 | Federal Register Notice of June 29, 2026 | 6/29/2026 | 2 |
| ED-0060 | ED-0068 | Information Collection Form - Foreign Gifts and Contracts Disclosures - Tracked Changes Version | 6/29/2026 | 9 |
| ED-0069 | ED-0077 | Information Collection Form - Foreign Gifts and Contracts Disclosures - Clean Version | 6/29/2026 | 9 |
| ED-0078 | ED-0087 | Foreign Gifts and Contracts Disclosures - Supporting Statement | 6/29/2026 | 10 |
| ED-0088 | ED-0095 | Foreign Gifts and Contracts Disclosures - Summary of Public Comments with Responses | 6/29/2026 | 8 |
| ED-0096 | ED-0096 | Federal Register Notice of July 14, 2026 | 7/14/2026 | 1 |
| ED-0097 | ED-0098 | Notice of Office of Management and Budget Action | 8/6/2026 | 2 |