**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ASSOCIATION OF AMERICAN UNIVERSITIES**,<br><br>*Plaintiff*,<br><br>v.<br><br>**U.S. DEPARTMENT OF EDUCATION**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-3438 (TSC) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 38, Plaintiff Association of American Universities' Motions for Preliminary Injunction and Stay of Agency Action are GRANTED.

Defendants the U.S. Department of Education, Secretary of Education Linda McMahon, the U.S. Department of State, and Secretary of State Marco Rubio (collectively, "Defendants"), and their officers, agents, employees, and all persons acting in concert with them are hereby ENJOINED from publishing, disclosing, or otherwise making publicly available, the names or any other identifying information of foreign donors and contract counter-parties ("covered donors") that were reported by AAU's member institutions under Section 117 of the Higher Education Act, 20 U.S.C. § 1011f, and that have not previously been publicly disclosed, and from taking any other action to effectuate the Department of Education's recent decision to publish that information (the "Publication Decision").

The Publication Decision is hereby STAYED pursuant to Section 705 of the APA.

Plaintiff shall post a $1.00 bond in accordance with Federal Rule of Civil Procedure 65(c) by November 20, 2026.

It is **SO ORDERED**.

Date: November 13, 2026

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge